UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES S. HENNESSEE, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No.  2:24-CV-216-CLC-DCP |
| BRIAN ELLER and MAURICE WIDENER, | ) ) ) ) | |
| *Defendants*. | ) | |

## MEMORANDUM

This is a prisoner's *pro se* complaint under 42 U.S.C. § 1983 that the Court allowed to proceed as filed. [Docs. 2, 5.] Now before the Court is Plaintiff's motion to withdraw his complaint because his claims are moot. [Doc. 6.] For good cause shown, Plaintiff's motion to withdraw his complaint [*id.*] will be **GRANTED** and this action will be **DISMISSED**. Also, the Court **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**AN APPROPRIATE ORDER WILL ENTER.**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**